**Order entered September 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00925-CV

**HMS HOLDINGS CORP., HEALTH MANAGEMENT SYSTEMS, INC., AND HMS BUSINESS SERVICES, INC., Appellants**

**V.**

**PUBLIC CONSULTING GROUP, INC., JAMES GAMBINO, AND JASON RAMOS, Appellees**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-09047**

## ORDER

We **GRANT** appellants' unopposed motion for leave to file redacted brief pursuant to the agreed confidentiality and protective order signed by the trial court October 17, 2014 and **ORDER** the redacted brief tendered to the Clerk of the Court September 11, 2015 filed as of the date of this order.

/s/    CRAIG STODDART
JUSTICE